## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**CHRISTINA HART,**

     **Plaintiff,**

**v.**                                                    **CASE # 6:24-cv-43**

**NEW YORK LIFE INSURANCE
COMPANY AS SUCCESSOR IN
INTEREST OF LIFE INSURANCE
COMPANY OF NORTH AMERICA,**

     **Defendant.**

_____/

### NOTICE OF SETTLEMENT

Plaintiff, CHRISTINA HART, by and through their undersigned counsel, and pursuant to Local Rule 3.09, Middle District of Florida, hereby gives this Notice of Settlement in the above-captioned case. The Parties in this action have reached an amicable resolution of the matter and are in the process of fully compromising and resolving this case.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of February 2024, the foregoing document was filed and served this day on all counsel of record via CM/ECF.

HERMAN & WELLS, P.A.

**/s/ William C. Demas**
William C. Demas, Esq.
FBN: 0142920
5701 Park Blvd., N
Pinellas Park, FL 33781
(727) 821-3195 (phone)
(877) 395-1574 (fax)
Attorney and Lead Counsel for
Plaintiff